IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : **REDACTED** |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-63 |
| JAMES FRANK INGRAM, | : |
| Defendants. | : |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 17, 2005, in the State and District of Delaware, James Frank Ingram, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Rexio Model Pucara 384, 38 caliber revolver, with serial number C28335, after having been convicted on or about November 2, 2000, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of Moore County, Carthage, North Carolina, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

~~Foreperson~~

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Leonard P. Stark
Assistant United States Attorney

Dated: June 28, 2005

FILED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE