UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CASE NO. CR 05-63 JJF |
| vs. ) | |
| James Frank Ingram ) | |
| Defendant. ) | |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *July 28, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *September 8, 2005*. The time between the date of this order and *September 8, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney