IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


ORDER GRANTING CONTINUANCE


Case: U.S.A . v.   JAMES FRANK INGRAM   CASE NO. CR 05-63-JJF

The defendant, JAMES FRANK INGRAM , having been  scheduled for

arraignment on  JULY 7, 2005    and a continuance having been made by the   COURT

for the following reason;

 DUE TO A COURT SCHEDULING CONFLICT . The Court  finds that the ends of

justice served by granting the requested continuance outweigh the best interest of the

public and the defendant to a speedy trial, it is


ORDERED,

(1) Defendant's arraignment is continued  JULY 28, 2005

( 2) The period between  JULY 7, 2005   and  JULY 28, 2005


shall be excludable  under the Speedy Trial Act (18 U.S.C.3161, et seq.).


Dated: 8/9/05

_____


FILED

AUG    9  2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE