IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-63 JJF |
| FRANK JAMES INGRAM, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, Counsel for Defendant filed a Motion to Suppress Statements (D.I. 12);

WHEREAS, the Government has not filed a response to the motion;

NOW THEREFORE IT IS HEREBY ORDERED that the Government shall file its Response to Defendant's Motion to Suppress Statements (D.I. 12) by **September 28, 2005.**

September 13, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE