IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       : | |
|  :  | |
| Plaintiff  : | |
|  :  | |
| v.  : | Criminal Action No. 05-63-JJF |
|  :  | |
| JAMES FRANK INGRAM,  : | |
|  :  | |
| Defendant.  : | |

## GOVERNMENT'S ANSWER TO MOTION TO SUPPRESS STATEMENTS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard P. Stark, Assistant United States Attorney, hereby answers Defendant Ingram's Motion to Suppress Statements ("Motion") (D.I. #12) as follows:

1. The government does not believe a hearing is necessary to resolve the issues presented by the Motion. *See United States v. Voigt*, 89 F.3d 1050, 1067 (3d Cir. 1996) (stating defendant is not entitled to suppression hearing unless papers demonstrate colorable claim for relief).

2. The government will agree not to introduce evidence of the June 17, 2005 statement Defendant made to members of the United States Marshals Fugitive Task Force prior to the time he was provided Miranda warnings. The government reserves the right to use Defendants' pre-Miranda statement to impeach Defendant should he elect to testify at trial. *See Michigan v. Harvey*, 494 U.S. 344, 350-51 (1990).

3. Defendant's post-Miranda statement to ATF Special Agent Tat Shum was knowing, intelligent, and voluntary, as evidenced by Defendant's execution of a written waiver and memorialization of his statement in writing. *See* Exhibit A.

ACCORDINGLY, the government respectfully requests that the Court deny Defendant's request for a suppression hearing and deny Defendant's Motion.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

BY: _____
       Leonard P. Stark
       Assistant United States Attorney

Dated: September 28, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No. 05-63-JJF |
| JAMES FRANK INGRAM, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 28th day of September 2005, I caused to be electronically filed a **Government's Answer to Motion to Suppress Statements** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

Penny Marshall
Federal Public Defender
704 King Street
Wilmington, DE 19801

_/s/ Marie Steel_
Marie Steel
Legal Assistant

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Advice of Rights and Waiver

### Statement of Rights

- You have the right to remain silent.

- Anything you say can be used against you in court.

- You have the right to talk to a lawyer before we ask you any questions and to have a lawyer with you during questioning.

- If you cannot afford a lawyer, one will be appointed for you if you wish before any questioning begins.

- If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time.

### Waiver

I have read this statement of my rights or it has been read to me, and I understand these rights. At this time I am willing to answer questions without a lawyer present. No promises or threats have been made to me, and no pressure or force of any kind has been used against me.

Signature: _James Franklin Ingram_

Printed Name: _James Franklin Ingram_

Witness Signature: _[signature]_            _[signature]_

Printed Name: _Tat Shum_                    _Jack Leo_

Date/Time: _6/17/05  1421 hrs_              _6/17/05  1421 hrs._

Note: Previous Editions Are Obsolete

ATF Form 3200.4
Revised August 2004

A0015

| DEPARTMENT OF THE TREASURY – BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | PAGE 1 OF 1 PAGE |
|---|---|
| AFFIDAVIT | |

I, James Franklin Ingram 94-81, state that I reside at 11 Fairway lakes Drive Apt D-32 Rerio Revolver C-28335 belongs to me James Ingram and it does not belong to my girlfriend

Nothing Follows

I have read the foregoing statement consisting of ___1___ pages, each of which I have signed. I fully understand this statement and I declare, certify, verify and/or state under penalty of perjury that the foregoing is true and correct. I made the corrections shown and placed my initials opposite each. I made this statement freely and voluntarily without any threats or rewards, or promises of reward having been made to me in return for it. Executed on June 17, 2005

SIGNATURE OF AFFIANT: James Ingram  2:29 P.M.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 17th DAY OF June 2005
AT U.S. Marshals Office, Wilmington, Delaware

SIGNATURE: [signed]
TITLE: SPECIAL AGENT / ATF WILMINGTON FIELD OFFICE, DE

WITNESS SIGNATURE: Jack Leo
TITLE: Deputy U.S. Marshal

ATF F 5000.1 (12-83)