IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal Action No. 05-63-JJF |
| JAMES FRANK INGRAM, | : |
| Defendant. | : |

**JOINT MOTION FOR TRANSFER OF CASE
TO DISTRICT OF DELAWARE FOR SENTENCING**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard P. Stark, Assistant United States Attorney, and Defendant James Frank Ingram (hereinafter "Defendant"), by and through his attorney, Penny Marshall, Esq., hereby moves for the transfer to this District of a criminal matter brought against Defendant in another District, so that Defendant may be sentenced on both the other matter and charges pending in this District all at one time in this District. In support of this motion, the government states as follows:

1. On or about January 3, 2005, Defendant pled guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as charged by a one-count indictment filed in the United States District Court for the Middle District of North Carolina ("M.D.N.C."), Cr. Act. No. 04-449. Defendant was not detained pending sentencing. Defendant has not yet been sentenced in the M.D.N.C.

2. On June 17, 2005, members of the United States Marshals Fugitive Task Force executed an arrest warrant and arrested Defendant in the District of Delaware. In conducting a consent search of the residence in which Defendant was found, officers located a firearm, which

Defendant admitted belonged to him. Thereafter, on June 28, 2005, Defendant was charged by a one-count indictment in the District of Delaware with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

3. As a result of discussions among counsel, both the government and the Defendant seek to have the M.D.N.C. matter transferred to the District of Delaware. The Defendant, the United States Attorney for the District of Delaware, and the United States Attorney for the M.D.N.C. have executed (or shortly will execute) the necessary form for effecting such a transfer pursuant to Federal Rule of Criminal Procedure 20(a). *See* Attachment A. (The form is modified from the standard Rule 20 form to reflect that the Defendant, in addition to wishing to plead guilty to the M.D.N.C. matter, has, in fact, already done so.) Defendant intends to plead guilty to the Delaware indictment. Transfer of the M.D.N.C. matter will enable sentencing on both the M.D.N.C. matter and the Delaware charge to proceed together in the District of Delaware.

4. Although Rule 20(a) transfers generally occur prior to entry of a guilty plea, and although undersigned counsel are unaware of any authority directly addressing the availability of a transfer subsequent to a guilty plea in circumstances such as those presented here, counsel for both the government and Defendant believe the Court has authority to grant the transfer requested. Consistent with the purposes of Rule 20, this Court would not be adjudicating guilt or innocence with respect to the M.D.N.C. matter, as Defendant has already conceded his culpability; the only task for this Court with respect to the M.D.N.C. matter is to impose an appropriate sentence. *See generally United States v. Khan*, 822 F.2d 451 (4th Cir. 1987) ("The unmistakable assumption underlying Rule 20 is that a transfer will occur only when a defendant first concedes criminal culpability thereby waiving any trial on the charges. The transfer is then

2

purely for the purpose of imposing sentence."); *but see United States v. Lovell*, 81 F.3d 58, 60 (7th Cir. 1996) (rejecting defense argument for transfer to another district solely for sentencing, where no case was pending against defendant in proposed transferee district). Pursuant to the plea agreement relating to the Delaware charge, Defendant will waive any right to appeal any issues relating to the transfer of the M.D.N.C. matter to the District of Delaware.

ACCORDINGLY, the government and Defendant respectfully request that the Court enter the attached Order and transfer the M.D.N.C. matter to the District of Delaware for purposes of sentencing.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

BY: _____
                Leonard P. Stark
                Assistant United States Attorney

Dated: September 28, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal Action No. 05-63-JJF |
| JAMES FRANK INGRAM, | : |
| Defendant. | : |

## ORDER

Upon consideration of the Joint Motion for Transfer of Case to District of Delaware for sentencing,

The Court finds that the United States Attorney for the Middle District of North Carolina, the United States Attorney for the District of Delaware, and the Defendant, all consent and request to the transfer of Criminal Action No. 04-449-1, facing Defendant in the Middle District of North Carolina ("Action No. 04-449"), to the District of Delaware; and

The Court further finds that Defendant wishes to plead guilty to Action No. 04-449 and, in fact, has entered a guilty plea to such charge;

WHEREFORE, IT IS HEREBY ORDERED THAT Action No. 04-449 is hereby transferred from the United States District Court for the Middle District of North Carolina to the District of Delaware, and Defendant will be sentenced on Action No. 04-449 here in the District of Delaware.

> Honorable Joseph J. Farnan, Jr.
> United States District Court Judge
> District of Delaware

SO ORDERED this _____ of _____, 2005.

## ATTACHMENT A

## IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff : <br> : <br> v. : Criminal Action No. 04-449-1 <br> : <br> JAMES FRANK INGRAM, : <br> : <br> Defendant. : | |

### CONSENT TO TRANSFER OF CASE

I, James Frank Ingram, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the count charged (felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)) and, on or about January 3, 2005, I entered a plea of guilty to the charge. I consent to disposition of the case, including sentencing, in the District of Delaware, in which I am being held, and waive my right to sentencing in the Middle District of North Carolina.

Dated:_____, 2005, at _____

_____
(Defendant)

_____
(Witness)

_____
Counsel for Defendant)

Approved

_____  _____
United States Attorney for                United States Attorney for
the Middle District of North Carolina     the District of Delaware

Dated:_____  Dated:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No. 05-63-JJF |
| JAMES FRANK INGRAM, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 28th day of September 2005, I caused to be electronically filed a **Joint Motion For Transfer of Case to District of Delaware For Sentencing** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

Penny Marshall
Federal Public Defender
704 King Street
Wilmington, DE 19801

_____
Marie Steel
Legal Assistant