IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>JAMES FRANK INGRAM,<br><br>    Defendant. | Criminal Action No. 05-63-JJF |

### ORDER

Upon consideration of the Joint Motion for Transfer of Case to District of Delaware for sentencing,

The Court finds that the United States Attorney for the Middle District of North Carolina, the United States Attorney for the District of Delaware, and the Defendant, all consent and request to the transfer of Criminal Action No. 04-449-1, facing Defendant in the Middle District of North Carolina ("Action No. 04-449"), to the District of Delaware; and

The Court further finds that Defendant wishes to plead guilty to Action No. 04-449 and, in fact, has entered a guilty plea to such charge;

WHEREFORE, IT IS HEREBY ORDERED THAT Action No. 04-449 is hereby transferred from the United States District Court for the Middle District of North Carolina to the District of Delaware, and Defendant will be sentenced on Action No. 04-449 here in the District of Delaware.

                                                                                                                                                                                           _____<br>
                                                                                                                                                                                            Honorable Joseph J. Farnan, Jr.<br>
                                                                                                                                                                                              United States District Court Judge<br>
                                                                                                                                                                                              District of Delaware

SO ORDERED this 3 of Oct., 2005.